IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD<br>  Plaintiff,<br><br>v.<br><br>NATIONAL RECONNAISSANCE OFFICE<br>  Defendant. | Case No. 05-1307 (RBW) |

## AFFIDAVIT OF SERVICE

This is to certify that I, Steven Aftergood, mailed the summons and complaint in the above-cited case to U.S. Attorney General by certified U.S. mail on June 30, 2005.

_____
Steven Aftergood
2501 M Street NW, Apt. 706
Washington, DC 20037
(202) 454-4691

July 11, 2005

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

US ATTORNEY GENERAL
750 PENNSYLVANIA AVE NW
WASHINGTON DC 20530

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label)
7005 1160 0002 9272 2255

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540