IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STEVEN AFTERGOOD )
   Plaintiff, )
)
v. ) Case No. 05-1307 (RBW)
)
NATIONAL RECONNAISSANCE OFFICE )
   Defendant. )
)

## AFFIDAVIT OF SERVICE

This is to certify that I, Steven Aftergood, mailed the summons and complaint in the above-cited case to defendant National Reconnaissance Office by certified U.S. mail on June 30, 2005.

*[signature]*

Steven Aftergood
2501 M Street NW, Apt. 706
Washington, DC 20037
(202) 454-4691

July 11, 2005

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

GENERAL COUNSEL
NATIONAL RECONNAISSANCE OFFICE
14675 LEE HIGHWAY
CHANTILLY, VA 20151

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *[signature]* ☐ Agent ☐ Addressee

B. Received by (Printed Name): Clyde Butler
C. Date of Delivery: 7-5-05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (Extra Fee) ☐ Yes

2. Article Number (Transfer from service label): 7005 1160 0002 9272 2279

PS Form 3811, February 2004     Domestic Return Receipt     102595-02-M-1540