**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **STEVEN AFTERGOOD,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Case No: 05-CV-1307 (RBW)** |
| | ) | |
| **NATIONAL RECONNAISSANCE OFFICE,** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**PRAECIPE**

The Clerk of Court will please enter the appearance of Assistant United States Attorney John C. Truong as counsel of record for Defendant.

Dated: July 18, 2005

Respectfully submitted,

/S/

John C. Truong, D.C. Bar # 465901
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 307-0406
(202) 514-8780 (fax)
John.Truong@usdoj.gov

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that, on the 18th of July , 2005, service of the foregoing Notice of Appearance  was made via the Court's Electronic Case Filing System and by first class, postage prepaid mail to pro se plaintiff addressed as follows:

<div style="text-align:center">
Mr. Steven Aftergood<br>
2501 M Street, N.W., Apt. 707<br>
Washington, D.C.  20037
</div>

_____/s/_____
JOHN C. TRUONG
Assistant United States Attorney