UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN AFTERGOOD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RECONNAISSANCE OFFICE )<br>)<br>Defendant. )<br>) | Case No. 1:05CV01307 (JBW)<br><br>(ECF) |

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Kevin K. Robitaille as counsel for Defendant in the above-captioned case and withdraw the appearance of Assistant United States Attorney John C. Truong.

_____/s/_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780


_____/s/_____
John C. Truong, D.C. Bar # 465901
Assistant United States Attorney
Judiciary Center Building
555 Fourth Street, N.W.
Washington, D.C. 20530 (202) 307-0406
(202) 514-8780 (fax) John.Truong@usdoj.gov