UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV01307 (JBW) |
| ) | |
| v. ) | (ECF) |
| ) | |
| NATIONAL RECONNAISSANCE OFFICE ) | |
| ) | |
| Defendant. ) | |

## JOINT MOTION FOR TO ESTABLISH A BRIEFING SCHEDULE

Plaintiff, Mr. Steven Aftergood and Defendant National Reconnaissance Office respectfully move this Court to establish the following briefing schedule in this Freedom of Information Act case.

Plaintiff, pro se, filed a complaint on June 30th 2005 (Docket #1). Defendant National Reconnaissance Office filed an answer on August 10th 2005. No scheduling order has been issued and FOIA cases are exempt from the requirements of LCvR 16.3 and Fed R. Civ. P. 16(b) and 26(f).

Therefore, Plaintiff and defendant, through counsel, conferred to devise a mutually agreeable schedule. Plaintiff and Defendant request that the Court order the following schedule:

Dispositive Motions due by December 5, 2005.

Memorandum of Points and Authorities in Opposition due by January 9, 2006.

Reply memorandum due by January 25, 2006

The proposed schedule allows both sides sufficient time to address matters raised by the other party and accommodates the schedules of Plaintiff, pro se, and counsel for defendant

A proposed Order consistent with this Motion is attached.

Respectfully submitted,

/s/ Steven Aftergood
STEVEN AFTERGOOD
2501 M Street, NW
Apartment 706
Washington, DC 20037
(202) 454-4691 /
Fax (202) 675-1010

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, DC Bar #451058
United States Attorney

/s/ R. Craig Lawrence
R. CRAIG LAWRENCE, DC Bar #171538
Assistant United States Attorney

/s/ Kevin K. Robitaille
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
Civil Division
555 Fourth St., N.W.
Washington, D.C. 20530
202-353-9895 / FAX 202-514-8780

2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD | ) |
| Plaintiff, | ) Case No. 1:05CV01307 (JBW) |
| v. | ) (ECF) |
| NATIONAL RECONNAISSANCE OFFICE | ) |
| Defendant. | ) |

## ORDER

Upon consideration of Joint Motion to Establish a Briefing Schedule, and the Court having considered the entire record herein, it is, this _____ day of _____, 2005,

ORDERED that the Joint motion is GRANTED, and it is further

ORDERED that each side shall have up to and including December 5th 2005 to file any Dispositive Motions.

ORDERED that each side shall have up to and including January 9th 2006 to file Memorandum of Points and Authorities in Opposition.

ORDERED that each side shall have until January 25th 2006 to file a reply memorandum.

SO ORDERED.

_____
Reggie B. Walton
United States District Judge

Copies to:
Parties via ECF