IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

—————————————————————

STEVEN AFTERGOOD                    )
                                   )
   Plaintiff,                      )
                                   )
        v.                    )       Case No.  05-1307 (RBW)
                                   )
NATIONAL RECONNAISSANCE            )
OFFICE                             )
                                   )
   Defendant.                      )
—————————————————————)

## PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT

     Pursuant to Federal Rules of Civil Procedure 56, plaintiff *pro se* Steven Aftergood

respectfully moves for summary judgment in this action.  In support of this motion, plaintiff

relies upon the accompanying memorandum, the declaration of Steven Aftergood, and the

statement of undisputed material facts.  A proposed order consistent with this motion is attached.

Dated:  December 5, 2005                    Respectfully submitted,

                                            _____

                                            STEVEN AFTERGOOD
                                            Plaintiff *pro se*
                                            2501  M  Street NW, #706
                                            Washington, DC   20037
                                            Tel:  (202)454-4691

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
STEVEN AFTERGOOD                         )
                                         )
        Plaintiff,                       )
                                         )
        v.                               )        Case No.  05-1307 (RBW)
                                         )
NATIONAL RECONNAISSANCE                  )
OFFICE                                   )
                                         )
        Defendant.                       )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES**
**IN SUPPORT OF**
**PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT**

**Introduction**

        This is a Freedom of Information Act proceeding in which plaintiff *pro se* Steven

Aftergood seeks disclosure of unclassified portions of the National Reconnaissance Office

(NRO) Congressional Budget Justification Book for Fiscal Year 2006.  The requested

information has been withheld by defendant NRO on grounds that the requested record is an

"operational file" that is exempt from FOIA processing under 50 U.S.C. § 403-5e.

        But in this case defendant NRO has improperly invoked the operational files exemption

and is in violation of the Freedom of Information Act.

        As explained below, the designation of the requested record as an operational file is

contrary to the language of the exemption statute, which excludes disseminated records such as

the Congressional Budget Justification Book from the definition of operational files.

The "Operational Files" Exemption Specifically Excludes Disseminated Files

The statutory exemption from the Freedom of Information Act for operational files of the National Reconnaissance Office, 50 U.S.C. § 403-5e, was enacted in the Fiscal Year 2003 Intelligence Authorization Act. There is little legislative history to explain this statute, nor has it previously been adjudicated.

But the NRO statute was closely modeled on the CIA Information Act of 1984, 50 U.S.C. § 431, which provided a similar FOIA exemption for CIA operational files. The CIA statute did entail a good deal of legislative history, and at least one recent interpretive ruling, *American Civil Liberties Union v. Department of Defense*, 351 F.Supp. 2d 265 (S.D.N.Y. 2005), which help to illuminate the meaning of the NRO exemption.

Both the CIA and the NRO statutes, using nearly identical language, exclude files that have been disseminated from the definition of "operational files." Thus:

"Files which are the sole repository of disseminated intelligence are not operational files."

*See* 50 U.S.C. § 403-5e(a)(2)(B) [the NRO exemption] and *see* 50 U.S.C. § 431(b) [the CIA exemption]. Likewise:

"Records from exempted operational files which have been disseminated to and referenced in files that are not exempted … and which have been returned to exempted operational files for sole retention shall be subject to search and review."

50 U.S.C. § 403-5e(a)(4)(D) and 50 U.S.C. § 431(d)(3).

The practical meaning of these provisions, which appear in both the CIA and the NRO exemption statutes, was explained by the court in *ACLU v. DoD* as follows:

"[E]ven 'particularly sensitive records,' by virtue of having been disseminated or identified beyond their originating operational files, become subject to FOIA search and review,

subject always to later proof of specifically available FOIA exemption." 351 F.Supp. 2d 265, at 274.

As plaintiff will now show, the requested record has been disseminated beyond its originating file and is therefore subject to FOIA search and review.

The NRO Congressional Budget Justification Book Has Been Disseminated

The FY 2006 NRO Congressional Budget Justification Book has been disseminated in support of the agency's budget request. *See* Declaration of Steven Aftergood, 12/05/05, at ¶ 3.

In particular, multiple copies have been produced and distributed within the NRO itself. Id. at ¶ 5.

The requested NRO Budget Justification Book has also been distributed to other executive branch agencies such as the Office of Management and Budget and the Office of the Director of National Intelligence. Id. at ¶ 5.

Finally, it has also been disseminated to Congress, a fact confirmed by Senator Ron Wyden, a member of the Senate Select Committee on Intelligence. Id. at ¶ 7.

Having been disseminated beyond its originating file, it follows that the requested record is subject to review under the FOIA. *ACLU v. DoD*, 351 F.Supp. 2d 265, 274.

## Conclusion

For the foregoing reasons, the Court is respectfully asked to enter summary judgment for the plaintiff.


Dated:  December 5, 2005                    Respectfully submitted,


_____

STEVEN AFTERGOOD
Plaintiff *pro se*
2501  M  Street NW, #706
Washington, DC   20037
Tel:  (202)454-4691

4