IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN AFTERGOOD )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>NATIONAL RECONNAISSANCE )<br>OFFICE )<br>)<br>    Defendant. )<br>_____) | Case No. 05-1307 (RBW) |

**PLAINTIFF'S STATEMENT OF MATERIAL FACTS
AS TO WHICH THERE IS NO GENUINE DISPUTE**

Pursuant to Federal Rule of Civil Procedure 56, and Local Civil Rules 7.1(h) and 56.1, plaintiff *pro se* Steven Aftergood respectfully submits the following statement of material facts as to which there is no genuine dispute:

1.  More than one copy of the FY 2006 NRO Congressional Budget Justification Book has been produced and distributed.  Aftergood Declaration, at ¶ 4.

2.  The FY 2006 NRO Congressional Budget Justification Book has been disseminated to more than one location within the National Reconnaissance Office.  Aftergood Declaration, at ¶ 5.

3.  The FY 2006 NRO Congressional Budget Justification Book has been disseminated outside the National Reconnaissance Office to another executive branch agency.  Aftergood Declaration, at ¶ 6.

4.  The FY 2006 NRO Congressional Budget Justification Book has been disseminated to

1

2

the Senate Select Committee on Intelligence of the United States Congress.  <u>Aftergood</u>

<u>Declaration</u>, at ¶ 7.


Dated:  December 5, 2005                                  Respectfully submitted,


_____
STEVEN AFTERGOOD
Plaintiff *pro se*
2501  M  Street NW, #706
Washington, DC   20037
Tel:  (202)454-4691

2