IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
STEVEN AFTERGOOD            )
                            )
    Plaintiff,               )
                            )
    v.                       )   Case No.  05-1307 (RBW)
                            )
NATIONAL RECONNAISSANCE      )
OFFICE                       )
                            )
    Defendant.               )
_____)

**ORDER**

UPON CONSIDERATION of the parties' motions for summary judgment, the opposition thereto, and the entire record in this case, it is this ____day of _____, 2006,

ORDERED that Plaintiff's motion for summary judgment is hereby GRANTED and defendant's motion for summary judgment is hereby DENIED.  Defendant shall process the requested record under the provisions of the Freedom of Information Act within 30 days. Defendant shall release to the plaintiff all portions of the requested record that are not classified or otherwise exempt from disclosure under 5 U.S.C. §552.

_____
United States District Judge