UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
**STEVEN AFTERGOOD**                )
                                    )
    **Plaintiff,**          ) Case No. 1:05CV01307 (RBW)
                                    )
  v.                             ) (ECF)
                                    )
**NATIONAL RECONNAISSANCE OFFICE**  )
                                    )
    **Defendant.**          )
_____ )

## ORDER

This matter comes before the Court on Defendant's Motion for Summary Judgment. Based upon the motion, the opposition thereto, and the entire record herein, it is this ____ day of _____, 20___ hereby

ORDERED that Defendant's motion is GRANTED, and it is further

ORDERED that judgment shall be entered for Defendant, and that this matter is hereby DISMISSED WITH PREJUDICE.

This is a final, appealable order.

SO ORDERED.

                                          _____
                                          REGGIE B. WALTON
                                          United States District Judge

Copies to:
The Parties via ECF