# FEDERATION OF AMERICAN SCIENTISTS

T: 202/546-3300
F: 202/675-1010
1717 K Street NW #209  Washington, DC 20036
www.fas.org
fas@fas.org

**Board of Sponsors**
*(Partial List)*

°Sidney Altman
°Philip W. Anderson
°Kenneth J. Arrow
°Julius Axelrod
°David Baltimore
°Baruj Benacerraf
°Hans A. Bethe
°J. Michael Bishop
°Nicolaas Bloembergen
°Norman Borlaug
°Paul Boyer
Ann Pitts Carter
°Owen Chamberlain
Morris Cohen
°Stanley Cohen
Mildred Cohn
°Leon N. Cooper
°E. J. Corey
°James Cronin
°Johann Deisenhofer
Ann Druyan
°Renato Dulbecco
John T. Edsall
Paul R. Ehrlich
George Field
°Val L. Fitch
°Jerome I. Friedman
John Kenneth Galbraith
°Walter Gilbert
°Donald Glaser
°Sheldon L. Glashow
Marvin L. Goldberger
°Joseph L. Goldstein
°Roger C. L. Guillemin
°Herbert A. Hauptman
°Dudley R. Herschbach
°Roald Hoffmann
John P. Holdren
°David H. Hubel
°Jerome Karle
°H. Gobind Khorana
°Arthur Kornberg
°Edwin G. Krebs
°Willis E. Lamb
°Leon Lederman
°Edward Lewis
°William N. Lipscomb
Jessica T. Mathews
Roy Menninger
Matthew S. Meselson
°Franco Modigliani
°Mario Molina
Philip Morrison
Stephen S. Morse
°Joseph E. Murray
Franklin A. Neva
°Marshall Nirenberg
°Douglas D. Osheroff
°Arno A. Penzias
°Martin L. Perl
George Rathjens
°Burton Richter
°Richard J. Roberts
°J. Robert Schrieffer
Andrew Sessler
°Phillip A. Sharp
George A. Silver
°Richard E. Smalley
°Robert M. Solow
°Jack Steinberger
°Henry Taube
°James Tobin
°Charles H. Townes
Frank von Hippel
Robert A. Weinberg
°Steven Weinberg
Victor Weisskopf
°Torsten N. Wiesel
Alfred Yankauer
Herbert F. York

° Nobel Laureate

March 22, 2005
(202)454-4691

Freedom of Information Act Coordinator
National Reconnaissance Office
14675 Lee Road
Chantilly, VA 20151-1715
By fax: (703)808-5082

RECEIVED MAR 2 4 2005

Dear Sir/Madam:

This is a request under the Freedom of Information Act.

We request a copy of all unclassified portions of the NRO Congressional Budget Justification Book (CBJB) for Fiscal Year 2006.

*    *    *

We request a fee waiver of production costs, on the following grounds:

1) The requested records are a matter of public interest insofar as they describe NRO activities on an unclassified basis.

2) The requested material is not readily available in the public domain.

3) The Federation of American Scientists (FAS) is well qualified to analyze and disseminate the requested material. FAS is a sixty year old research organization concerned with national security policy and related issues, that is often called upon for information and comment on intelligence policy.

NRO has previously released the unclassified portions of the FY 1998 CBJB in response to a previous request from FAS.

4) No personal or commercial interests will benefit from the release of this material, which will be analyzed and disseminated at FAS' expense. We therefore request a waiver on production costs.

We therefore request a waiver of production costs. If fee waiver is denied, I hereby agree to pay assessable fees up to $50, while reserving the right to appeal the denial.

***Board of Directors***

Frank von Hippel
*Chair*

Steve Fetter
*Vice Chair*

Harold Feiveson
*Secretary-Treasurer*

Henry Kelly
*President*

Ruth S. Adams
David Albright
Bruce Blair

Richard Garwin
Marvin Goldberger
Kenneth Luongo

Michael Mann
Hazel O'Leary
Jane Owen

William Revelle
Shankar Sastry
Jonathan Silver

Gregory Simon
Lynn Sykes
Gregory van der Vink

Ex officio: Carl Kaysen, Robert Solow

Thank you for your assistance.

Sincerely,

Steven Aftergood
Senior Research Analyst
Federation of American Scientists
1717 K Street NW, Suite 209
Washington, DC 20036