

**NATIONAL RECONNAISSANCE OFFICE**
14675 Lee Road
Chantilly, VA 20151-1715

29 March 2005

Steven Aftergood
Senior Research Analyst
Federation of American Scientists
1717 K Street N.W., Suite 209
Washington, DC 20036

Dear Mr. Aftergood:

This is in response to your letter dated 22 March 2005, received in the Information Management Services Center (IMSC) of the National Reconnaissance Office (NRO) on 24 March 2005. Pursuant to the Freedom of Information Act (FOIA), you requested "a copy of all unclassified portions of the NRO Congressional Budget Justification Book (CBJB) for Fiscal Year 2006."

Your request was processed in accordance with the FOIA, 5 U.S.C. § 552, as amended, and Section 502 of the Intelligence Authorization Act of 2003. Responsive records, should any exist, would be contained in operational files. Please note that according to the Intelligence Authorization Act of 2003, operational files of the NRO are exempt from the publication, disclosure, search, and review provisions of the FOIA, 5, U.S.C. § 552. As such, the files that would contain responsive records, should any exist, are not subject to search in response to your request.

You have the right to appeal this determination by addressing your appeal to the NRO Appeal Authority, 14675 Lee Road, Chantilly, VA 20151-1715 within 60 days of the above date. Should you decide to do this, please explain the basis of your appeal.

For reference purposes, your request has been assigned case number F05-0030. If you have any questions, please call me, Chief, Information Access and Release Team on (703) 227-9128 and reference your case number.

Sincerely,

Linda S. Hathaway