# FEDERATION OF AMERICAN SCIENTISTS

T: 202/546-3300  1717 K Street NW #209 Washington, DC 20036  www.fas.org
F: 202/675-1010  fas@fas.org

**Board of Sponsors**
(Partial List)

°Sidney Altman
°Philip W. Anderson
°Kenneth J. Arrow
°Julius Axelrod
°David Baltimore
°Baruj Benacerraf
°Hans A. Bethe
°J. Michael Bishop
°Nicolaas Bloembergen
°Norman Borlaug
°Paul Boyer
Ann Pitts Carter
°Owen Chamberlain
Morris Cohen
°Stanley Cohen
Mildred Cohn
°Leon N. Cooper
°E. J. Corey
°James Cronin
°Johann Deisenhofer
Ann Druyan
°Renato Dulbecco
John T. Edsall
Paul R. Ehrlich
George Field
°Val L. Fitch
°Jerome I. Friedman
John Kenneth Galbraith
°Walter Gilbert
°Donald Glaser
°Sheldon L. Glashow
Marvin L. Goldberger
°Joseph L. Goldstein
°Roger C. L. Guillemin
°Herbert A. Hauptman
°Dudley R. Herschbach
°Roald Hoffmann
John P. Holdren
°David H. Hubel
°Jerome Karle
°H. Gobind Khorana
°Arthur Kornberg
°Edwin G. Krebs
°Willis E. Lamb
°Leon Lederman
°Edward Lewis
°William N. Lipscomb
Jessica T. Mathews
Roy Menninger
Matthew S. Meselson
°Franco Modigliani
°Mario Molina
Philip Morrison
Stephen S. Morse
°Joseph E. Murray
Franklin A. Neva
°Marshall Nirenberg
°Douglas D. Osheroff
°Arno A. Penzias
°Martin L. Perl
George Rathjens
°Burton Richter
°Richard J. Roberts
°J. Robert Schrieffer
Andrew Sessler
°Phillip A. Sharp
George A. Silver
°Richard E. Smalley
°Robert M. Solow
°Jack Steinberger
°Henry Taube
°Charles H. Townes
Frank von Hippel
Robert A. Weinberg
°Steven Weinberg
°Torsten N. Wiesel
Alfred Yankauer
Herbert F. York

° Nobel Laureate

April 7, 2005
(202)454-4691
saftergood@fas.org

NRO Appeal Authority
14675 Lee Road
Chantilly, Va. 20151-1715
By fax: (703)808-5082

RE: Freedom of Information Act Appeal
Case Number F05-0030


RECEIVED APR 1 2 2005

Dear Sir/Madam:

This letter is to appeal the initial NRO denial dated 29 March 2005 of my FOIA Request (Ref. No. F05-0030) dated 22 March 2005 for a copy of the unclassified portions of the FY 2006 Congressional Budget Justification Book (CBJB) for the National Reconnaissance Office.

The NRO denied the request in its entirety on the grounds that any responsive records are part of the NRO's operational files, and therefore exempted from search and review under the FOIA.

But an NRO denial of a nearly identical request was reversed last year on appeal. See my NRO FOIA Case No. F98-0008, which led to release of unclassified portions of the FY 1998 NRO CBJB.

As in that case, the basis for this appeal is that the NRO has misconstrued and misapplied the operational file exemption to the FOIA.

The relevant portion of the Intelligence Authorization Act of 2003, Section 502, which is cited in the denial letter as authority for NRO's refusal to search for the requested records states:

> the term 'operational files' means files of the National Reconnaissance Office (hereafter in this section referred to as 'NRO') that document the means by which foreign intelligence or counterintelligence is collected through scientific and technical system.

*Board of Directors*

Frank von Hippel  Steve Fetter  Harold Feiveson  Henry Kelly
Chair  Vice Chair  Secretary-Treasurer  President

Bruce Blair  Lawrence Grossman  Tara O'Toole  William Revelle  Gregory Simon
Rosina Bierbaum  Kenneth Luongo  Jane Owen  Shankar Sastry  Lynn Sykes
Richard Garwin  Hazel O'Leary  Judith Reppy  Jonathan Silver  Steven Weinberg

Ex officio: Carl Kaysen, Robert Solow

The use of the operational files exemption to deny my request for unclassified portions of the CBJB, without search and review, is inappropriate.

The requested records are budget and policy records that do not document the "means of collecting foreign intelligence or counterintelligence through scientific and technical systems."

The NRO is permitted to employ the operational files exemption solely for materials that meet the statutory definition of an "operational file."

I therefore request that the denial of my FOIA request be reversed, as my similar request was last year, and that the requested unclassified portions of the FY 2006 NRO CBJB be released to me.

Respectfully submitted,

Steven Aftergood
Senior Research Analyst

Federation of American Scientists
1717 K Street NW, Suite 209
Washington, DC 20036