UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD,<br><br>    Plaintiff,<br><br>    v.<br><br>NATIONAL RECONNAISSANCE OFFICE,<br><br>    Defendant. | Case No. 1:05CV01307 (RBW) |

**PROPOSED ORDER**

Upon consideration of the motion of the National Security Archive (the "Archive") for leave to participate as *amicus curiae* in support of Plaintiff Steven Aftergood ("Mr. Aftergood"), Mr. Aftergood's consent to that motion, and any response filed by Defendant National Reconnaissance Office, it is hereby

ORDERED, that the motion is GRANTED; and it is

FURTHER ORDERED, that the Archive may file an *amicus curiae* brief in support of Plaintiff Steven Aftergood on or before January 9, 2006.

SO ORDERED.

                                                                      _____
                                                                      United States District Judge

DATED: _____