FOR OFFICIAL USE ONLY

**NATIONAL RECONNAISSANCE OFFICE**
14675 Lee Road
Chantilly, VA 20151-1715

Office of the Director

10 February 2003

MEMORANDUM FOR DIRECTOR OF CENTRAL INTELLIGENCE
              DEPUTY DIRECTOR OF CENTRAL INTELLIGENCE

SUJBECT:  Designation of Operational Files of the National
          Reconnaissance Office

REFERENCE:  Section 502, Intelligence Authorization Act for
            FY 2003

   Section 502 of the Intelligence Authorization Act (IAA) for FY 2003, Public Law 107-306, provides that the Director, National Reconnaissance Office (NRO), with the coordination of the Director of Central Intelligence, may exempt operational files of the NRO from the search, review, publication and disclosure provisions of the Freedom of Information Act (FOIA). This important provision will alleviate many of the resource burdens that we are encountering in complying with the FOIA.

   Attached at Tab A is a listing of the NRO files that I propose for designation under Section 502. As required by the Act, all of these files document the means by which foreign intelligence or counterintelligence is collected through scientific and technical systems. Upon your approval, we will begin treating these files as operational files within the meaning of the Act.

                                         Peter B. Teets

Attachment:
Operational File Designation List

APPROVAL:

George J. Tenet                          April 8, 2003
Director of Central Intelligence         Date

FOR OFFICIAL USE ONLY

FOR OFFICIAL USE ONLY

# NATIONAL RECONNAISSANCE OFFICE

## Operational File Designation List

**OBJECTIVE:** Protect the development, design, funding, procurement, and operation of intelligence collection systems. This includes feasibility studies for budgeting and strategic planning for future/next generation systems. **(Only records that address operational aspects/programs/activities of the NRO are exempt.)** The operational file exemption will be applied to information contained in the following file categories.

**Overall Program Management, Policy, and Analysis Files:**
These records document overall operational policy formulation and program management for operational activities within the NRO.

*Records of the Director, Deputy Director, and the Director's Staff* -
Correspondence, memoranda, briefing papers, coordination sheets, reports, directives, notices, minutes of meetings, legislative liaison files, and other records that pertain to NRO policies and procedures concerning operations of the NRO and to major NRO operational functions and activities.

*Directorate-Level Policy/Subject Files* - Briefing papers, delegations of authority, studies, reports, correspondence, and other records accumulated by the Directorates and independent office and staff Directors and their immediate staffs, related to operational activities. Records pertaining to such subjects as resource allocations, overall program management, relations with Congress and other oversight bodies, relations with other agencies in the Intelligence Community, and the establishment, disestablishment, and relocation of subordinate program offices and activities.

*Agreement Files* - Agreements (MOA/MOU, etc.) executed by NRO with other entities. Included are the agreements themselves and related background papers, studies, etc..

**Planning and Analysis Subject Files:**
Records consist of substantive correspondence, memoranda, studies, position papers, and other substantive documents that pertain to strategic planning, overall program planning, the establishment of baseline requirements for NRO programs, and the establishment/modification of systems architecture and concept of operations for major NRO systems.

**Legal and Audiovisual Records Files:**
Records pertaining to legal matters, including litigation. Still pictures, audiovisual records, and multi-media that depict NRO programs, activities and facilities.

*Legal Subject Files* - Correspondence, memoranda, reports, and other records relating to legal issues, legal advice, and support that pertain to matters involving NRO's distinctive mission. Records may relate to such matters as

FOR OFFICIAL USE ONLY

security clearance adjudications, intellectual property issues, procurement, and NRO relations with other agencies' legal offices.

*Still, Motion Pictures, and Video Recordings of NRO Activities* - Still pictures, motion pictures and video recordings produced or acquired by NRO pertaining to NRO operational programs and activities. Included are program overviews, documentaries, recordings of conferences, and recordings that depict key activities in the development and deployment of reconnaissance systems including launches.

**Budget and Finance Records Files:**
Records pertaining to budget formulation, execution, and review, and, accounting and expenditure. Included are consolidated budget estimates and justifications for the entire NRO program and related working papers, budget estimates prepared by individual NRO components, reports that document the apportionment and expenditure of appropriated funds, accountable officers' files and ledgers, appropriation allotments, and other expenditure accounting records.

**Contracting, Procurement, and Logistics Records Files:**
Records pertaining to contracting, procurement, and logistics operations, including transportation. Included are contract files and other records relating to the contracting function, records that document the acquisition and accounting of materiel needed for reconnaissance programs, files accumulated in connection with the storage and shipment of materiel, and records that document transportation missions and activities. Records concerning building space, maintenance, and facilities design relating to or which would expose specific NRO operational capabilities, functions or programs.

**Security and Counterintelligence (CI) Records Files:**
Records deal with such subjects as personnel security activities, including background investigations and non-disclosure agreements; operations security; facilities security; information security; and counterintelligence policies and activities, including investigations.

*Security Files* - Substantive correspondence; substantive memoranda, reports, directives, notices, and other substantive records relating to overall operations security; information security; personnel security; and physical security policies, procedures, programs, and activities pertaining to NRO operational functions and activities. Included are records relating to such matters as program protection plans, operations security plans, liaison with other agencies, establishment of standards for security classification, declassification, downgrading, and, the nature and scope of personnel security programs.

*CI Subject Files* - Substantive correspondence, memoranda, reports, and other records relating to counterintelligence policies, plans, and activities. This includes records on liaison with other offices and agencies.

*CI Case Files* - Case files on individual counterintelligence investigations, consisting of notes of interviews, investigative reports, memoranda and other records.

*Special Access Program Administrative Records* - Records relating to the establishment of special access programs. Included are proposals to establish programs, approvals, disapprovals, and briefing charts used to read personnel into specific programs.

*Facilities Security Subject Files* - Correspondence, reports, and other records relating to programs and activities established to ensure that facilities meet Director of Central Intelligence standards for security.

*Facilities Accreditation Files* - Facility files consisting of physical security plans, surveys, and other records pertaining to individual facilities accredited for the storage of Sensitive Compartmented Information.

**Communications Files:**
Records pertaining to reports, studies, substantive memoranda, and other substantive records relating to the formulation and implementation of overall NRO communications policy and procedures, including communications security, and the installation, maintenance, and operation of communications systems/equipment at specific NRO sites. Records documenting overall requirements and standards, frequencies, the preparation and management of integrated information technology architectures (both ground and space), and similar matters.

**Technology Studies, Research and Development (R&D) Program(s) Files:**
Records pertaining to technology studies and research and development activities throughout the NRO. Included are records on review and approval of R&D proposals; files accumulated by NRO personnel responsible for overseeing specific R&D projects; substantive files pertaining to overall administration of NRO programs and programs/projects that the NRO receives from others to execute; formal proposals submitted annually and during the year for approval to NRO by NRO directorates and program offices; proposals that pertain to studying and testing new concepts; proposals for projects that are already well advanced; and proposals dealing with tactical applications.

**Reconnaissance System Acquisition, Development, Launch and Operation Files:**
Records pertaining to the development, acquisition, operation, and launch of specific reconnaissance systems. Included are specifications that establish the performance baseline for reconnaissance systems (including records that relate to modifying specifications under configuration management procedures); drawings and specifications, test reports, engineering data, and other records accumulated with the design, construction, and testing of system components and related facilities; records accumulated at mission control and ground processing sites in connection with system development and operations, including plans for daily system operations, manuals and other issuances that specify procedures for operating personnel, reports of discrepancies and anomalies; raw reconnaissance data; launch records, including safety plans, pre-launch test data, and recordings of the pre-launch assembly of flight vehicles and payloads; and periodic reports summarizing the capabilities, performance, and product of the systems for NRO management and customer review.

**Operational Support and User Applications Files:**
Records pertaining to such matters as contingency planning, systems tests, and records accumulated in connection with efforts to improve customer utilization of reconnaissance systems (customer support), including training materials to acquaint end-users with the capabilities of NRO systems. Also included are specifications and manuals for systems designed to enable end users to gather and use reconnaissance data and studies prepared to assess the effectiveness of NRO systems in meeting user requirements.

*Contingency Planning Files* - Records relating to the development of plans for use in the event of mission or system failure and other emergencies. Included are final narrative plans and related drafts, administrative messages, and other backup papers.

*Exploitation Systems Specifications* - Specifications for systems designed to enable end users to gather and use reconnaissance data. Specifications pertain to performance standards which systems must satisfy, the hardware and software requirements that must be met to ensure performance, and interfaces between exploitation hardware and software and external hardware and software.

*Exploitation Systems Operations and Maintenance Manuals* - Manuals and other issuances that describe procedures for operating and maintaining reconnaissance exploitation systems.

*Test and Exercise Records* - Records relating to tests of systems. Included are test plans, after action reports, messages, test procedures and requirements, systems architectures and communications systems to be employed, lists of personnel and equipment needed for the exercise, and other administrative records.

*Training Materials for Users* - Training materials developed to acquaint potential end users of NRO systems with the overall nature and scope of individual NRO Reconnaissance Programs and how they can access systems. This includes manuals, textual and graphic briefing materials, and videos.

*System Problem Reports* - Reports submitted by end users of tactical data processors noting problems or suggesting changes to improve their utility.

*Operational Support Analyses* - Studies, reports, white papers, and other records prepared in order to assess and/or improve the degree to which NRO collection systems meet end user requirements. Included are draft and final versions of reports, and, such supporting documents as design reviews, briefing papers, slides, viewgraphs, notes, drafts, raw data, and other related records.