IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1307 (RBW) |
| ) | |
| NATIONAL RECONNAISSANCE ) | |
| OFFICE ) | |
| ) | |
| Defendant. ) | |

## PLAINTIFF'S STATEMENT OF MATERIAL FACTS THAT ARE IN GENUINE DISPUTE

Pursuant to Local Civil Rule 7(h), and in response to defendant's proposed statement of material facts, plaintiff *pro se* Steven Aftergood respectfully submits the following statement of material facts that are in genuine dispute:

1. The NRO Congressional Budget Justification Book includes significant releasable information. Second Declaration of Steven Aftergood., 01/09/2006, ¶ 9.

Dated: January 9, 2006                                                  Respectfully submitted,

_____
STEVEN AFTERGOOD
Plaintiff *pro se*