UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                       )
**STEVEN AFTERGOOD**                   )
                                       )
    **Plaintiff,**          ) Case No. 1:05CV01307 (RBW)
                                       )
  v.                               ) (ECF)
                                       )
**NATIONAL RECONNAISSANCE OFFICE**     )
                                       )
    **Defendant.**          )
_____ )

### DEFENDANTS' CONSENT MOTION FOR AN ENLARGEMENT OF TIME WITHIN WHICH TO FILE ITS REPLY.

Defendant respectfully move this Court for an enlargement of time through and including January 30, 2006, within which to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Good cause exists to grant this motion:

    1. Defendant's reply is currently due on January 25, 2006.

    2. A family illness has prevented undersigned counsel from completing the reply on time.

    3. Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters. While this motion is filed outside the four day window established by the Court, until today defendant expected to be able to meet the deadline.

    4. This is the first enlargement of time sought in this matter.

    5. Plaintiff pro se has consented to this enlargement.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within to file its reply. A proposed order is included with this Motion.

        Respectfully submitted,

        _____
        KENNETH L. WAINSTEIN, DC Bar #451058
        United States Attorney


        _____
        R. CRAIG LAWRENCE, DC Bar #171538
        Assistant United States Attorney


        _____
        KEVIN K. ROBITAILLE
        Special Assistant U.S. Attorney
        555 4th Street, NW
        Washington, D.C. 20530
        (202) 353-9895