UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
**STEVEN AFTERGOOD**                        )
                                            )
        **Plaintiff,**                      ) Case No. 1:05CV01307 (RBW)
                                            )
    v.                                      ) **(ECF)**
                                            )
**NATIONAL RECONNAISSANCE OFFICE**          )
                                            )
        **Defendant.**                      )
_____ )

### ORDER

Upon consideration of Defendant's enlargement of time within which to file its reply and the opposition thereto, and the Court having considered the entire record herein, it is, this _____ day of _____, 2006,

ORDERED that Defendant's motion is GRANTED, and it is further

FURTHER ORDERED that Defendants shall have up to and including January 30, 2006, to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment.

SO ORDERED.

_____
Reggie B. Walton
United States District Judge

Copies to:

Parties via ECF

1