UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD,<br><br>    Plaintiff,<br><br>v.<br><br>NATIONAL RECONNAISSANCE OFFICE<br><br>    Defendant. | ) <br>) <br>) <br>) Case No. 1:05CV01307 (RBW)<br>) <br>) (ECF)<br>) <br>) <br>) <br>) |

**DEFENDANT'S RESPONSE TO PLAINTIFF'S STATEMENT OF MATERIAL FACTS
WHICH ARE IN GENUINE DISPUTE**

Plaintiff's statement of material facts that are in genuine dispute submitted with his opposition to Defendant's Motion for Summary Judgment alleges that the NRO Congressional Justification Book (CBJB) includes significant releasable information. Even if true, this allegation is immaterial. Regardless of whether the CBJB contains releasable material, the statute does not preclude its designation as an operational file. See Defendant's Reply Paragraph B.

Respectfully submitted,

_____
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

_____
R. CRAIG LAWRENCE, D.C. Bar #171538
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 353-9895