IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| _____ | | |
| STEVEN AFTERGOOD | ) | |
| | ) | |
|    Plaintiff, | ) | |
| | ) | |
|      v. | ) | Case No.  05-1307 (RBW) |
| | ) | |
| NATIONAL RECONNAISSANCE OFFICE | ) | |
| | ) | |
|    Defendant. | ) | |
| _____ | ) | |

**PLAINTIFF'S UNOPPOSED MOTION FOR RESCHEDULING**

     Plaintiff *pro* se  Steven Aftergood respectfully requests that a status conference set by the Court for August 18, 2006 be rescheduled until some date after August 25.

     Due to a longstanding personal obligation, plaintiff will be out of town from August 17 through August 24, 2006, and could not attend a status conference on the scheduled date.

     Plaintiff has conferred with opposing counsel, who advised that he has no objection to rescheduling the status conference until after August 25.

     Plaintiff has not previously requested any extensions or continuances.  A postponement of the status conference should not be unduly burdensome since dispositive motions have already been briefed by both parties.  There are no pending motions for discovery.

     Plaintiff therefore requests rescheduling of the status conference until some date after August 25, including either the last week of August or the month of September, at the Court's convenience.

Dated: May 2, 2006                          Respectfully submitted,


_____
STEVEN AFTERGOOD
Plaintiff *pro se*
2501 M Street NW, #706
Washington, DC  20037
(202)454-4691