IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1307 (RBW) |
| ) | |
| NATIONAL RECONNAISSANCE ) | |
| OFFICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

UPON CONSIDERATION of the plaintiff's unopposed motion for rescheduling, it is hereby

ORDERED that a status conference in this proceeding is set for September ___, 2006 at _____ o'clock.

_____
United States District Judge