UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD, <br><br> Plaintiff, <br><br> v. <br><br> NATIONAL RECONNAISSANCE OFFICE, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> )    Civil Action No. 05-1307 (RBW) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

### ORDER

In accordance with the Memorandum Opinion that accompanies this Order, it is hereby

**ORDERED** that the plaintiff's motion for summary judgment is GRANTED. It is further

**ORDERED** that the defendant's motion for summary judgment is DENIED.

**SO ORDERED** this 24th day of July, 2006.

                                                                                  REGGIE B. WALTON
                                                                                   United States District Judge