UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>NATIONAL RECONNAISSANCE OFFICE )<br>)<br>Defendant. )<br>) | Case No. 1:05CV01307 (RBW)<br><br>(ECF) |

## NOTICE OF APPEAL

Notice is hereby given this 20th day of September, 2006 that defendant, National Reconnaissance Office, hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the District Court's Order filed on July 24, 2006 granting plaintiffs' motion for summary judgment and denying defendant's motion for summary judgment.

Respectfully submitted,

/s/ Kenneth L. Wainstein
KENNETH L. WAINSTEIN, D.C. Bar #451058
United States Attorney

/s/ Rudolph Contreras
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

_____
KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895

Case 1:05-cv-01307-RBW    Document 24    Filed 09/20/2006    Page 2 of 3

## Certificate of Service

I certify I caused copies of the foregoing Notice of appeal to be served by first class mail upon plaintiff, pro se at:

Mr. Steven Aftergood
2501 M Street, N.W., Apt. 707
Washington, D.C. 20037

on this 20th day of September 2006.

KEVIN K. ROBITAILLE
Special Assistant U.S. Attorney
555 4th Street, NW
Washington, D.C. 20530
(202) 353-9895