IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 05-1307 (RBW) |
| ) | |
| NATIONAL RECONNAISSANCE ) | |
| OFFICE ) | |
| ) | |
| Defendant. ) | |
| ) | |

## **ORDER**

UPON CONSIDERATION of the plaintiff's motion to compel, the defendant's opposition, and the whole record of this proceeding, it is hereby

ORDERED that defendant shall provide a final response to plaintiff's Freedom of Information Act request within ten days of this order.

_____
United States District Judge