UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV01307 (RBW) |
| ) | |
| v. ) | (ECF) |
| ) | |
| NATIONAL RECONNAISSANCE OFFICE ) | |
| ) | |
| Defendant. ) | |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Steven M. Ranieri, Special Assistant U.S. Attorney, as counsel of record for the defendant in the above-captioned case, and withdraw the appearance of Special Assistant United States Attorney Kevin K. Robitaille.

Respectfully submitted,

_____/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4408
Washington, D.C.  20530
202-353-9895  / FAX 202-514-8780