UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| STEVEN AFTERGOOD   ) | |
|   ) | |
|   Plaintiff,   ) | Case No. 1:05CV01307 (RBW) |
|   ) | |
|   v.   ) | (ECF) |
|   ) | |
| NATIONAL RECONNAISSANCE OFFICE   ) | |
|   ) | |
|   Defendant.   ) | |

**DEFENDANT'S CONSENT MOTION FOR AN ENLARGEMENT OF TIME
WITHIN WHICH TO FILE ITS RESPONSE TO PLAINTIFF'S MOTION TO COMPEL**

Plaintiff brings this case under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, seeking an order that Defendants produce a copy of all unclassified portions of the National Reconnaissance Office Congressional Budget Justification Book (CBJB) for Fiscal Year 2006. This Court granted summary judgment in Plaintiff's favor in July 2006. Defendant timely filed an appeal of the July 2006 judgment, which is pending before the U.S. Court of Appeals for the District of Columbia Circuit. Plaintiff moved this Court in December 2006, to compel Defendant to produce the CBJB. Defendant respectfully moves this Court for an enlargement of time through and including February 2, 2007, within which to file its response to Plaintiff's Motion to Compel. Good cause exists to grant this motion:

1. Defendant's response is currently due on January 3, 2007.

2. Defendant served Plaintiff with the documents he seeks via regular U.S. mail on January 3, 2007.

3. Plaintiff desires time to review Defendant's January 3, 2007 production and the parties

have made progress toward a possible settlement of the case.  The additional time will allow the sides to continue those discussions.

    4.  Granting this enlargement will not require the rescheduling of pre-trial or trial dates or any other in-court matters.

    5.  This is the first enlargement of time sought in this matter.

    6.  Plaintiff *pro se* has consented to this enlargement.

For these reasons, defendant requests that the Court grant its Motion for Enlargement of Time Within to Respond.  A proposed order is included with this Motion.

Respectfully submitted,

_____/s_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

_____/s_____
RUDOLPH CONTRERAS D.C. Bar # 434122
Assistant United States Attorney

_____/s_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth Street, N.W.,
Washington, D.C. 20530
(202) 353-9895