UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD ) | |
| ) | |
| Plaintiff, ) | Case No. 1:05CV01307 (RBW) |
| ) | |
| v. ) | (ECF) |
| ) | |
| NATIONAL RECONNAISSANCE OFFICE ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon consideration of Defendant's Consent Motion for an Enlargement of Time within which to Respond to Plaintiff's Motion to Compel, and the entire record of this case, it is hereby

ORDERED that Defendant's Motion for an Enlargement of Time is GRANTED, and it is

FURTHER ORDERED that Defendants shall have up to and including February 2, 2007, to respond to Plaintiff's Motion to Compel.

Dated this _____ day of _____, 2007.

_____
REGGIE B. WALTON
United States District Judge

Copies to:
The Parties via ECF