UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STEVEN AFTERGOOD | ) |
| | ) |
| Plaintiff, | ) Case No. 1:05CV01307 (RBW) |
| | ) |
| v. | ) (ECF) |
| | ) |
| NATIONAL RECONNAISSANCE OFFICE | ) |
| | ) |
| Defendant. | ) |

## STIPULATION OF COMPROMISE

Plaintiff, *pro se*, and Defendant, through its counsel, hereby stipulate and agree, subject to the approval of the court, as follows:

1. The parties do hereby agree to compromise the above-entitled action under the terms and conditions set forth herein.

2. Defendant shall pay Plaintiff a lump sum of Two Hundred and Fifty Dollars ($250.00) in costs in this matter.

3. Payment of costs will be made by a check drawn on the account of the United States as set forth in paragraph two, made payable to Steven Aftergood. Counsel for Defendant agree that, upon notification of the Court's approval of this Stipulation, they will promptly complete and transmit to the Treasury of the United States the documentation necessary to effectuate this payment.

4. Defendant has provided Plaintiff with the unclassified portions of the National Reconnaissance Office Congressional Budget Justification Book for Fiscal Year 2006. Defendant's production is in full satisfaction of Plaintiff's Freedom of Information Act request of March 22, 2005, and the District Court's July 24, 2006 order.

5. Plaintiff hereby withdraws his Motion to Compel filed with this Court on December 18, 2006.

6. Defendant hereby withdraws its Notice of Appeal filed with this Court on September 20, 2006.[1]

7. This Stipulation shall represent full and complete satisfaction of all claims arising from the allegations set forth in the complaint filed in this action, including full and complete satisfaction of all claims for costs and attorneys fees that have been, or could be, made in this case. Plaintiff agrees to forever discharge, release, and withdraw any and all claims, demands and causes of action that it has asserted or could have asserted in the above-captioned civil action.

8. This Stipulation shall not constitute an admission of liability or fault on the part of the United States, its agents, servants, or employees, and is entered into by both parties for the sole purpose of compromising disputed claims and avoiding the expenses and risks of further litigation.

9. This Stipulation shall be binding upon and inure to the benefit of the parties hereto and their respective successors and assigns.

10. The parties agree that this Stipulation will not be used as evidence or otherwise in any pending or future civil or administrative action against the United States, or any agency or instrumentality of the United States.

11. Execution of this Stipulation by Plaintiff and attorneys for Defendant, and filing of this Stipulation with the Court shall constitute a dismissal of this action with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure, except that the Court shall have jurisdiction

---

[1] This matter has not yet been docketed by the Court of Appeals for the District of Columbia Circuit and, therefore, the filing of a Motion to Dismiss Appeal with the Court of Appeals is unnecessary.

to reinstate this action on motion of any Party to resolve a claim of noncompliance with the terms of this Stipulation.

Respectfully submitted,

\_\_\_/s/_____
STEVEN AFTERGOOD
Plaintiff *pro se*
4623 Alton Place NW
Washington, DC 20016

\_\_\_\_/s/_____
JEFFREY A. TAYLOR, D.C. Bar # 498610
United States Attorney

\_\_\_\_/s/_____
RUDOLPH CONTRERAS D.C. Bar No. 434122
Assistant United States Attorney

\_\_\_\_/s/_____
STEVEN M. RANIERI
Special Assistant U.S. Attorney
555 Fourth Street, N.W..
Washington, D.C. 20530
(202) 353-9895
Counsel for Defendant

APPROVED AND SO ORDERED.

On this \_\_\_26th\_\_\_ day of \_\_\_January\_\_\_, 2007.

_____
REGGIE B. WALTON
United States District Judge